# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| GREGORY ALLEN CLAYBON § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-2185-S-BH |
| § | |
| DALLAS COUNTY DISTRICT § | |
| ATTORNEY § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Objections were filed, and the Court has made a de novo review of those portions of the proposed findings, conclusions and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Summary Default Judgment [ECF No. 11], filed November 22, 2022, is **DENIED**.

**SO ORDERED.**

SIGNED January /2, 2023.

_____
**UNITED STATES DISTRICT JUDGE**