# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| GREGORY ALLEN CLAYBON, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-2185-S-BH |
| | § | |
| DALLAS COUNTY DISTRICT ATTORNEY | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 27, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. Defendant Dallas County District Attorney's Rule 12(b)(6) Motion to Dismiss [ECF No. 8], is **GRANTED**, and by separate judgment, the plaintiff's claims against the Dallas District Attorney's Office will be dismissed with prejudice for failure to state a claim. Any claims against the District Attorney in his official capacity will be sua sponte dismissed without prejudice for lack of subject matter jurisdiction, and any claims against him in his individual capacity will be sua sponte dismissed with prejudice for failure to state a claim.

**SO ORDERED.**

SIGNED February 28, 2023.

**UNITED STATES DISTRICT JUDGE**